**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                 **CASE NO. 4:10-cr-22-SPM/WCS-1**

**PALLIS WEAVER,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to the Report and Recommendation (doc. 48) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **PALLIS WEAVER**, to Counts One, Four, and Five of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>fourth</u> day of August, 2010.

                         _s/ Stephan P. Mickle_
                         Stephan P. Mickle
                         Chief United States District Judge